FILED

10/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0462

# IN THE SUPREME COURT OF MONTANA

|  |  |
|---|---|
| ERIC RAMIREZ,<br><br>         Appellee,<br><br>vs.<br><br>STATE OF MONTANA,<br><br>         Appellant. | Cause No. DA-24-0462<br><br>**ORDER** |

Upon the motion of the Appellee and good cause appearing therefore;

    IT IS HEREBY ORDERED:

The 30- day extension to file the brief is due for the 14th day of November, 2024.

      DATED this _____ day of October, 2024.


_____
Clerk of Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 9 2024